UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL No.
10-10124-DPW

UNITED STATES OF AMERICA

v.

JEFFREY L. CLEMENS

## ORDER ON EXCLUDABLE TIME

June 29, 2010

DEIN, M.J.

With the agreement of the parties, this court finds and concludes, pursuant to the provisions of 18 U.S.C. § 3161(h)(7)(A) and Section 5(b)(7)(b) of the Plan for Prompt Disposition of Criminal Cases in the United States District Court for the District of Massachusetts (Statement of Time Limits Adopted by the Court and Procedures for Implementing Them, Effective December 2008) that the defendant requires additional time for the preparation of an effective defense, including time for review of the evidence, and consideration of alternatives concerning how best to proceed with this matter, and that the interests of justice outweighs the best interests of the public and the defendant for a trial within seventy days of the return of an indictment.

Accordingly, it is hereby ordered that the Clerk of this Court enter excludable time for the period of

June 8, 2010 through August 11, 2010,

that being the period between the expiration of the initial order on excludable time and the next status conference.

Based upon the prior order of the court dated May 11, 2010 and this order, at the time of the Final Status Conference on August 11, 2010 there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

/ s / Judith Gail Dein<br>
JUDITH GAIL DEIN<br>
United States Magistrate Judge